IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY RAY STAFFORD,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE NAVY (DON) BOARD FOR CORRECTION OF NAVAL RECORDS and SECRETARY OF THE NAVY COUNCIL OF REVIEW BOARDS,<br><br>        Defendants. | 8:14CV279<br><br>ORDER |

      This matter is before the court on the plaintiff's Motion to Add 3rd Supplement to Plaintiff's Pro Se Amended Complaint (Filing No. 13).  In this matter, the plaintiff filed his Complaint on September 17, 2014, followed by an Amended Complaint on October 10, 2014.  Subsequently, the plaintiff filed motions to supplement those complaints.  The court granted leave for the plaintiff to serve the defendants with the Amended Complaint and for simultaneous consideration of the first and second supplements.  The plaintiff's current motion seeks to add, as evidence against the defendants, conduct which occurred in January 2015 by a non-party.  Evidence collected by the plaintiff need not, and in fact, should not, be filed at this time.  After the defendants are served with the plaintiff's Amended Complaint, they may file an answer or motion.  The plaintiff will have an opportunity to respond to any motion filed by the defendants.  If appropriate, the court will then set a progression order providing with the parties with time for discovery and evidence may only be filed in relation to various motions as allowed under the local and federal rules.  Accordingly, the plaintiff's third motion to supplement is denied.

      **IT IS SO ORDERED**.

      Dated this 14th day of January, 2015.

                                                            BY THE COURT:

                                                             s/ Thomas D. Thalken
                                                              United States Magistrate Judge