IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY RAY STAFFORD,<br><br>                      Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE NAVY (DON) BOARD FOR CORRECTION OF NAVAL RECORDS, SECRETARY OF THE NAVY COUNCIL OF REVIEW BOARDS, Combat-Related Special Compensation Branch;<br><br>                      Defendants. | 8:14CV279<br><br>ORDER |

      Before the court is the Findings and Recommendation ("F&R") of United States Magistrate Judge Thalken, Filing No. 29, recommending that this court grant the defendants' Motion to Transfer (Filing No. 23) and deny the plaintiff's Motion to Strike Defendants' Motion to Transfer (Filing No. 26). The court notes that all parties agree to this transfer. Pursuant to NECivR 41.2 , the court has conducted a de novo review of the record and adopts the F&R in its entirety.

      THEREFORE, IT IS HEREBY ORDERED:

      1.      The F&R (Filing No. 29) is adopted in its entirety; and

      2.      The defendants' Motion to Transfer (Filing No. 23) is granted and the Clerk of the Court is directed to transfer this case to the United States Court of Federal Claims; and

      3.      The plaintiff's Motion to Strike Defendants' Motion to Transfer (Filing No. 26) is denied.

      Dated this 31st day of March, 2015

                                                              BY THE COURT:

                                                          s/ Joseph F. Bataillon
                                                          Senior United States District Judge